AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>*Plaintiff* | )<br>)<br>)<br>) | |
| v. | )<br>) | Civil Action No. 10-5014 |
| MARK JOHNSON; MARC MANOFF; KYLE GOTSHALK; LEONARD GOTSHALK & EXIT ONLY, INC.<br>*Defendant* | )<br>)<br>) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Mark Johnson
        7014 Rock Stream Court
        Baltimore, Maryland 21209

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT A. THOMPSON, ESQ.
SECURITIES AND EXCHANGE COMMISSION
701 MARKET ST., STE. 2000
PHILADELPHIA, PA 19106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                       CLERK OF COURT

Date: 9/24/10                                                             PATRICIA A. JONES, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)
Civil Action No. 10-5014

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MARK JOHNSON.

was received by me on *(date)* 01/17/2011.

☒ I personally served the summons on the individual at *(place)* 7014 ROCK STREAM COURT, BALTIMORE, MD 21209 on *(date)* 01/18/2011 AT 8:26 PM, ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $_____ for travel and $ 80.00 for services, for a total of $ 80.00.

I declare under penalty of perjury that this information is true.

Date: 01/19/2011

*Server's signature*
STEPHEN H. FOLCHER
PROCESS SERVER
*Printed name and title*

MONUMENTAL PROCESS SERVERS, IN
823 M.L.K. BLVD.
BALTIMORE, MD 21201
*Server's address*
TEL. 410-523-4980

Additional information regarding attempted service, etc: